UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED GENETICS SEEDS COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>ZHANGYE XINZE AGRICULTURAL DEVELOPMENT CO., LTD,<br><br>   Defendant. | Case No.  5:15-cv-02096-HRL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A STATUS REPORT** |

This matter is set for a September 8, 2015 Initial Case Management Conference. There being no appearance by defendant, that conference will be taken off calendar. However, **no later than September 11, 2015**, plaintiff shall file a status report advising as to (1) the status of the action; (2) a proposed schedule for any further proceedings; and (3) any other matters that may facilitate a just and efficient disposition of this case.

SO ORDERED.

Dated:   September 4, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-02096-HRL Notice has been electronically mailed to:

Effie F. Anastassiou      effieesq@salinasaglaw.com, legalsecretary@salinasaglaw.com, paralegal@salinasaglaw.com, receptionist@salinasaglaw.com